# 1NITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

March 3, 2010

Clerk of Court
Navajo County Superior Court
State Route 77 & 377
Holbrook, Arizona 86025

**RE:**    Remanded to Navajo County Superior Court

District Court Case Number: CV 09-8198-PHX-GMS
Kee and Sadie Yazzie v.  Celadon Trucking
Services, Inc., et al.,
Superior Court Number: CV 2009-426

Dear Sir or Madam:

Enclosed is a certified copy of the Order entered in this
Court on March 3, 2010, remanding the above case to
Navajo Superior Court for the State of Arizona.

Sincerely,

RICHARD H. WEARE,
DCE/CLERK OF COURT
s/D.Taylor
Deputy Clerk

Enclosure
cc: All Counsel of Record